```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                               Case No. 09-cr-04-PB

**Carmen Morales**

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for June 2, 2009 citing the need for additional time to negotiate a plea agreement or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 2, 2009 to August 18, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on July 20, 2009 at 2:30 p.m.

No further continuances.

SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

May 28, 2009

cc:   Charles J. Keefe, Esq.
      Terry Ollila, AUSA
      United States Probation
      United States Marshal